VINCENT VICTOR ROGGIO,

    Movant,

V.

UNITED STATES OF AMERICA,

    Respondent.

_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 93-1842-CIV-ROETTGER
           85-764-CR-SPELLMAN

ORDER

FILED by _____ D.C.

NOV 6 1995

CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UPON REVIEW** of the report and recommendation prepared by United States Magistrate Judge Lurana S. Snow, and upon independent <u>de novo</u> review of the entire record herein, and seeing that no objections were filed to the report and recommendation, the findings and recommendation of Magistrate Judge Snow are approved and adopted. Accordingly, it is

    **ORDERED AND ADJUDGED** that the motions to vacate, set aside, or correct sentence are **DISMISSED** [with prejudice] pursuant to Rule 9(b), RULES GOVERNING PROCEEDINGS IN THE UNITED STATES DISTRICT COURTS UNDER SECTION 2255 OF TITLE 28, UNITED STATES CODE. The clerk is directed to close this case. All remaining motions are denied as moot.

    **DONE AND ORDERED** this 3rd day of Nov, 1995.

                                  NORMAN C. ROETTGER
                                  CHIEF UNITED STATES DISTRICT JUDGE

cc: counsel of record